Judge Valerie Caproni
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *Kolodiy v. Afineevsky*, **No. 1:17-cv-00830-VEC**

Dear Judge Caproni:

Pursuant to the teleconference on June 27, 2017, the parties respectfully submit this joint letter attaching a proposed protocol (Exhibit A) governing discovery in the litigation. The parties have resolved their differences about the protocol and are now in agreement on its terms. The parties believe that an Order from the Court adopting the discovery protocol will help ensure transparency during the discovery process as well as timeliness of its completion.

Respectfully submitted,

Matthew Berkowitz
Shearman & Sterling LLP
1460 El Camino Real
2nd Floor
Menlo Park, CA 94025
matthew.berkowitz@shearman.com
Counsel for Plaintiff

Kevin Garden
The Garden Law Firm, PC
901 N. Pitt Street
Suite 325
Alexandria, VA 22314
kevin@gardenlawfirm.com
Counsel for Defendant